# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**In Re:**

| | |
|---|---|
| **MICHAEL L KLINE** | **Case No. 08-55191** |
| **REBECCA J KLINE** | **Chapter 7** |
| **Debtor(s)** | **Judge C. Kathryn Preston** |
| | **SSN: xxx.xx.5998** |
| | **SSN: xxx.xx.8565** |

### NOTICE TO THE CLERK OF THE COURT
### SMALL UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of **$3.29** represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) |
| Total Unclaimed/Small (Dividends $25.00 or under) | Total Unclaimed (Dividends Over $25.00) | |
| $3.29 | | |

Date: 12/03/2009

/s/Brent A Stubbins
Brent A Stubbins, Case Trustee

cc: U S TRUSTEE